UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20-cr-00297-JMS-TAB-01 |
| ) | |
| SHAWKIE MASSEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt [68] recommending that Shawkie Massey's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [68]. The Court finds that Mr. Massey committed Violation Number 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkt. [59]. The Court dismissed Violation Numbers 1, 2 and 4 at dkt. [59]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Massey is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months and with no supervised release to follow. The Court recommends that Defendant should receive credit toward the eight-month sentence for the approximately five months he served in Case No. 49D07-2507-F5-021821 in the Superior Court for Marion County, Indiana for conduct related to the instant offense.

Date: 12/30/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system